

SEP 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TETRA TECH EC, INC., | Case No. 2:09-CV-03084-JAM-GGH |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| AHTNA GOVERNMENT SERVICES CORPORATION, | |
| Defendant. | |

Upon consideration of plaintiff/counter-defendant Tetra Tech EC, Inc.'s Motion for Partial Summary Judgment or, in the Alternative, Summary Adjudication, and defendant/counter-plaintiff Ahtna Government Services Corporation's Opposition thereto, and a hearing in relation thereto on September 7, 2011, it is this 7th day of September, 2011, by the United States District Court for the Eastern District of California,

**ORDERED**, that the plaintiff/counter-defendant Tetra Tech EC, Inc.'s Motion for Partial Summary Judgment or, in the Alternative, Summary Adjudication be, and it hereby is, **GRANTED**; and it is further,

**ORDERED**, that judgment be entered in favor of Tetra Tech EC, Inc. as to all issues of liability on the Complaint; and it is further,

**ORDERED**, that judgment be entered in favor of Tetra Tech EC, Inc. as to all issues on the Counterclaim.

SEP -7 2011

*/s/ signature*
United States District Judge