# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TETRA TECH EC, INC., | Case No. 2:09-CV-03084-JAM-GGH |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| AHTNA GOVERNMENT SERVICES CORPORATION, | |
| Defendant. | |

Upon consideration of the Stipulation of Dismissal filed by counsel for plaintiff Tetra Tech EC, Inc. and counsel for Defendant Ahtna Government Services Corporation,

**IT IS HEREBY ORDERED** that any and all claim(s) remaining in this action are dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED: October 11, 2011.             /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
                                      Judge, United States District Court

2