# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TETRA TECH EC, INC., | Case No. 2:09-CV-03084-JAM-GGH |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| AHTNA GOVERNMENT SERVICES CORPORATION, | |
| Defendant. | |

1   Upon consideration of the Stipulation of Dismissal filed by counsel for plaintiff Tetra
2   Tech EC, Inc. and counsel for Defendant Ahtna Government Services Corporation,
3   **IT IS HEREBY ORDERED** that any and all claim(s) remaining in this action are
4   dismissed with prejudice, each party to pay its own attorneys' fees and costs.
5
6   DATED: October 11, 2011.                    /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
7                                       Judge, United States District Court

2